# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANNE MARIE JOHNSON,**

               **Plaintiff,**

**v.**                                                     **Case No:  6:11-cv-1729-Orl-31TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

               **Defendant.**

_____

## ORDER

This cause comes before the Court on Motion for Attorneys' Fees (Doc. No. 26) filed February 12, 2013.

On February 14, 2013, the United States Magistrate Judge issued a report (Doc. No. 27) recommending that the motion be granted. No objections have been filed.  Therefore, it is

**ORDERED** as follows:

1.      The Report and Recommendation is **CONFIRMED** and **ADOPTED**.

2.      The Motion for Attorneys' Fees is GRANTED.  After issuance of this Order, the Commissioner shall determine whether Plaintiff owes a debt to the government.  If the U.S. Department of the Treasury determines that Plaintiff does not owe a federal debt, the government shall pay EAJA fees directly to Plaintiff's counsel.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 14, 2013.

_____
**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party